FILED

2024 Feb-02  AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

**LAVARICE WILSON,**
     Petitioner,

**v.**

**K. STRAKA,**
     Respondent.

**Case No. 7:22-cv-1309-CLM-NAD**

## <u>MEMORANDUM OPINION</u>

The magistrate judge has entered a report, recommending the court dismiss as moot Petitioner Lavarice Wilson's amended petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 13). Although the magistrate judge advised Wilson of his right to file written objections to the report and recommendation within 14 days, the court has received no objections and the time limitation for filing has expired.

After considering the entire record, including the report and recommendation, de novo the court **ADOPTS** the report and **ACCEPTS** the recommendation. The court will **DISMISS** the amended petition for writ of habeas corpus **WITHOUT PREJUDICE** as moot. Because the petition does not present issues that are debatable among jurists of reason and does not make a substantial showing of the denial of a constitutional right, the court will **DENY** a certificate of appealability. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000).

The court will enter a separate final judgment that closes this case.

**Done** on February 2, 2024.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE